**RECEIVED**

SEP **1 8** 2025

**BY MAIL**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
## _____ DIVISION

)
)
)
)
*(Write the full name of the plaintiff in this action.* )
*Include prisoner registration number.)* )
)
**❶ Adam Janssen, LEE** )
**2025137128  v.** )
)
**see**
**attached** )
)
*(Write the full name of each defendant. The caption* )
*must include the names of **all** of the parties.* )
*Fed. R. Civ. P. 10(a). Merely listing one party and* )
*writing "et al." is insufficient. Attach additional* )
*sheets if necessary.)* )

Case No: _____
*(to be assigned by Clerk of District Court)*

Plaintiff Requests Trial by Jury
|✓| Yes  |    | No

## PRISONER CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C. § 1983

*NOTICE:*

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date, the full name of a person known to be a minor, or a complete financial account number. A filing may include only: the last four digits of a social security number, the year of an individual's birth, a minor's initials, and the last four digits of a financial account number.*

*Except as noted in this form, plaintiff should not send exhibits, affidavits, witness statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed without prepayment of fees and costs.*

ADAM LEE JANSSEN

V.

Jefferson County MO;

BRENDA SHORT;

JOHN DOE #3;

CHRIStOPHER RULO;

MRs. PICARELLO

## I. The Parties to this Complaint

### A. The Plaintiff

Name: Adam Janssen

Other names you have used: _____

Prisoner Registration Number: 2025137128

Current Institution:
St. Charles County Jail

Indicate your prisoner status:

[✓] Pretrial detainee     [ ] Convicted and sentenced state prisoner

[ ] Civilly committed detainee     [ ] Convicted and sentenced federal prisoner

[ ] Immigration detainee     [ ] Other (explain): _____

### B. The Defendant(s)

To the best of your knowledge, give the information below for each defendant named in the caption of this complaint. Make sure the defendant(s) named below are the same as those listed in the caption of this complaint. Attach additional pages if necessary.

For an individual defendant, include the person's job title, and check whether you are suing the individual in his or her individual capacity, official capacity, or both.

**Defendant 1**

Name: Brenda Shart

Job or Title: Jefferson Co. Jail Admin.

Badge/Shield Number: _____

Employer: Jefferson County Sheriffs Dept.

Address: 510  1st St. Hillsboro MO 63050

[✓] Individual Capacity     [✓] Official Capacity

2

**Defendant 2**

Name: _Jefferson County_

Job or Title: _RLUIPA claim & 1983 failure to train or supervise_

Badge/Shield Number: _____

Employer: _____

Address: _____

__✓__ Individual Capacity    __✓__ Official Capacity

## II. Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s). For every defendant you have named in this complaint, you must state what he or she personally did to harm you. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you?
2. When did it happen?
3. Where did it happen?
4. What injuries did you suffer?
5. What did each defendant personally do, or fail to do, to harm you?

See attached.

3

I.

Defendant 3:

Christopher Rule
Correctional Officer
Jefferson Co. Sheriffs Office
510 1st St. Hillsboro MO 63050
Individual Capacity & Official Cap.

Defendant 4:

Mrs. Picarello
Correctional Officer
Jefferson Co. Sheriff's Office
510 1st St. Hillsboro MO 63050
Individual Capacity

Defendant 5:

Supervisor CO John Doe #3
Correctional Officer
Jefferson Co. Sheriffs Office
510 1st St. Hillsboro MO 63050
Individual Capacity

(This supervisor will be identified by name
after discovery since attempts to discover
identity so far have been met with resistance.)

B. Defendants

Jefferson County for participation in withholding of bible and failure to train staff and deliberate indifference to pretrial detainees safety in employing Christopher Rulo after numerous incidents of sexual abuse. Also failure to train jail admin. Brenda Short or take preventative measures to protect inmates from her violating their rights by refusing to provide an adequate grievance procedure, disciplining her repeated deprivation of peoples religious material and lying to detainees claiming she was the final person we could appeal our grievances to subsequantley rendering all grievance appeal procedures inadequate. Previous complaints were enough to put them on notice failure to take corrective action would put citizens rights @ risk.

III Injuries:

The retaliation for exercising my rights performed by C.O. John Doe #3 has caused apprehension to exercise any rights due to fear of retaliation and targeting. It has caused significant damage to every decision I make, including fear of going to trial and losing and having to go back to see him; caused me to sell my properties in Jefferson Co, have sleep issues, anxiety, fear of law enforcement, psychological and mental damage, nightmares, hypervigilance, stress and PTSD.

C.O. Christopher Rulo's participation in this string of events has left me w/ fear, anxiety of being around any law enforcement, headaches, hearing issues, ringing in my ears, post concussion syndroms, and a still present visible and painful build up of scar tissue where my head hit the wall by my eye. Trouble sleeping also persists after this incident.

Brenda Short's abuse has caused deep seated fear of ever going into Jefferson Co again or having my kids raised there. Mental and psychological issues will need

to be treated by a doctor. The pain and guilt I feel for having my religious freedoms taken away at a time when I needed them the most is a pain and fear I never thought anyone would have to feel in this country. I loose sleep thinking about it, the time in the hole hindered my ability to fairly participate in my representation and was a big reason I didn't even get to see a preliminary hearing for 7 months, evidence disappeared and confidence waivered ultimately damaging and prejudicing my defense.

   Jefferson County allowing this is outrageous and the fact people are in situations suseptible to Brenda Shorts evil, jealous and punitive actions while filling the role of a PUBLIC SERVANT is conscious shocking in itself.              PTSD, anxiety, depression, fear, loss of sleep, hypervigilance, loss of familial relationship, psychological damage, stress headaches and other issues can be attributed to the Sheriff and County themselves.

II.

On 1/30/22 in Jefferson Co. Jail in Hillsboro Missouri my inmate commissary account was charged $150 for 15 electronic cig. I never recieved. I was told to ask the officers on the next shift about it by a C.O., John Doe #1. On the next shift I was asking another C.O., John Doe #2, about the ecigs when I was violently shoved through the pod enterance by C.O. Picarello. with caused me to injure my arms and neck. I was upset and I requested through the call box to make a report. My wife also had called concerned about the abuse reporting it to supervisors.

At lockdown the same night I still had not recieved my purchase, still haven't talked to medical or been permitted to see a supervisor as requested. I pressed my cell button in my cell to continue to request medical or a supervisor. I was told by a random C.O. "if I don't stop complaining I will regret it."

I insisted I needed to be seen and after a supervisor, C.O. John Doe #3, came to my cell and told me to "pack my stuff." He took me to another area of the jail and forced

me to remove all my clothes, squat & cough naked and put on a green dress-like piece of fabric.

As he escorted me through the jail in a green dress he stated "but you will not complain anymore!" He also said "good luck having your family call when you can't use a phone." I was placed in suicide supervision w/ another inmate due to the cells being full. I had never mentioned suicide or threatened to harm myself, just asked to file a complaint about abuse by a C.O., and file a complaint about being charged for things I never recieved.

For 3 days I was in suicide watch and antagonized by Brenda Short whose office was adjacent to my cell. She stated specifically: "This is what you get when you have your family call;" "I hope you enjoy court naked"; "Stop trying to make my staff look bad."

After 3 days in the suicide cell I was taken infront of the judge and court in a green dress. I still feel violated thinking

about it. The judge forced jail staff to allow me to use the phone to call my attorney. After this they sent me to disciplinary segregation.

When I inquired into how long I was going to be in the hole Brenda Short said "until you learn to stop complaining about staff & everyone." This was on 02/03/2025

On 02/04/2025 after multiple verbal requests for my Bible had been futile, I was allowed to use the Kiosk. I requested: "I need my Bible Please! I have one in my property." I also typed: "I am still trying to file an incident report or write a grievance or statement to Jefferson Co. Sheriffs Dept...."

On 2/06/2025 I wrote again "I would like a copy of the inmate hanbook, my legal mail and my Bible."

On 02/07/22 Brenda Short, Jail Admin., wrote" I dont hand out individual Bibles -- you can have your legal work when released."

This was extremely emotionally and

and mentally devastating considering I was claiming my innocence the entire time while I was being refused a bond and being held on baseless charges without probable cause, but I thought the Lord was putting me in this situation for a season, being a devoted Catholic attending catholic schools my entire education and praying often, reading with my children from the Bible and seeking comfort and guidance from the Holy Bible.

Again I asked in greivances on 03/22/22 - 03/24/22 to "file the report with Jefferson Co. Sheriffs Department that was never allowed to make regarding the use of force by C.O. Picarello on 1/30/22 and the retaliation by staff."

On 03/23/22 Brenda Short replies hateful comments like "I am done with you" and "I am not your mom."

On 03/24/22 I again write "I have again been deprived of my Bible and have requested it multiple times...." Brenda Short responded the sameday "you have been deprived of

nothing --- I do not hand out individual Bibles -- you are on lockdown and I will not send any paperwork to you on lockdown."

On 03/30/22 after seeing another inmate in Adseg be cellowed his religious material in the hole I tell Brenda Short "I have a Bible in my property."

Later that day or the next, its hard to recall, C.O. Rulo came to search my cell. He cuffed me through the chuck hole behind my back and opened my door. He escorted me away from the cell and said "I see you still haven't learned to keep your mouth shut." Then he put me against the wall and put his hand on the back of my head. He slammed my forehead against the wall in cinder block and said "start listening or I will take you in this shower and f*** you in the ass." (A few inmates within earshot heard this and testified to it in a PREA investigation.) ⚡

On 04/03/22 I requested to see Brenda Shorts supervisor because I was scared that if I didn't talk to someone above her I was going to be raped or worse. This is

recorded along with all other grievances and responses. Also on 04/03/22 I requested o "report a Prea violation on the KIOSK after verbal requests were denied time after time."

On 04/03/22 I also requested to see the mental health coordinator on the kiosk.

After finally being released on Bond all the claims of my innocence and fabrication of charges were found to be valid. I was not sentenced to any jail time after being threatened with 30 years and mentally, physically and financially punished prior to abjudication. This was months of religious torture, retaliation, coercion to plea guilty to crimes fabricated by police and condoned by prosecutors that should have all been avoidable. The conscious shocking actions by the Jail Admin, her inadequate grievance procedures, physical, mental torture, condoning of abuse by staff and restrictions on religious practices are dispicable and purposefully ignored by the Sheriff. I will never be the same and either will my family due to these purposefully punitive conditions of confinement and

degrading of human rights.

All grievances have been recieved from FCSD by means of FOIA requests.

All attempts to recieve info from Brenda Short have been ignored. Discovery should provide opprotunity to additional evidence to help document missing information.

### III.  Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Permanent ringing in ears from having head beat against wall by Rule, also random headaches blurred vision and suffered swelling that still exists.

4

## IV.    Relief

State briefly and precisely what you want the Court to do for you.  Do not make legal arguments.
Do not cite any cases or statutes.  If you are requesting money damages, include the amounts of
any actual damages and/or punitive damages you are claiming.  Explain why you believe you are
entitled to recover those damages.

For compensatory damages and future cost
of counseling, doctors, medicine for headaches
and other physical damage. $700,000
Punitive damages @ an amount determined
by the jury.

## V.    Exhaustion of Administrative Remedies/Administrative Procedures

The Prison Litigation Reform Act ("PLRA") 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed
if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other
correctional facility?

☑ Yes            ☐ No

If yes, name the jail, prison or other correctional facility where you were confined at the
time of the events giving rise to your claim(s):

Jefferson Co Jail

B.    Does the jail, prison or other correctional facility where your claim(s) arose have
a grievance procedure?

☑ Yes            ☐ No        ☐ Do not know

C.    If yes, does the grievance procedure at the jail, prison or other correctional facility
where your claim(s) arose cover some or all of your claims?

☑ Yes            ☐ No        ☐ Do not know

5

If yes, which claim(s)?

all - Claims but the issue is you can not appeal your issue above Breha Shert. She closes your grievance. I asked for escalation on kiosk to Sheriff but it is not possible. She is the gate keeper

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes        ☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes        ☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

On kiosk numerous times

2. What did you claim in your grievance? (*Attach a copy of your grievance, if available*)  all are attached but you can not claim your actual issue because they time out and lag most of the time. You can not appeal or escalate.

3. What was the result, if any? (*Attach a copy of any written response to your grievance, if available*)

Some closed w/o response, mostly snarky reply w/ response. Never able to appeal or escalate If you try you will go to the hole and lose your bible and get assualted, or be sent to suicide watch!

6

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (*Describe all efforts to appeal to the highest level of the grievance process.*)

I asked for B. Shorts supervisor, my family tried to escalate, I tried, I filed Prea claims that weren't reported to me the results, called news. Nothing ever helped.

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Brenda Short is mismanaging the grievances and if you try and get above her she will retaliate and try and scare you into silence.

(*Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.*)

7

## VI.    Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A.    To the best of your knowledge, have you ever had a case dismissed on the basis of this "three strikes rule"?

_____ Yes            ___✓___ No

If yes, state which court dismissed your case and when it was dismissed. Attach a copy of the court's order, if possible.

Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

_____ Yes            ___✓___ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. (*If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.*)

1.    Parties to the previous lawsuit

Plaintiff _____

Defendant(s) _____

2.    Court (*if federal court, name the district; if state court, name the state and county*)

3.    Docket or case number _____

4.    Name of Judge assigned to your case _____

8

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending?                                          ⸴

   |___ Yes

   |___ No (*If no, give the approximate date of disposition*):_____

7.   What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   |___ Yes            |✓ No                        ˋ

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)

1.   Parties to the previous lawsuit

   Plaintiff_____

   Defendant(s) _____

2.   Court (*if federal court, name the district; if state court, name the state and county*)

3.   Docket or case number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

9

6. Is the case still pending?

       Yes

       No (*If no, give the approximate date of disposition*):_____

7. What was the result of the case? (For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)

## VII.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of ___August___, 20_25_.

Signature of Plaintiff _____