UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ADAM LEE JANSSEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 4:25-cv-01419-AGF |
| JEFFERSON COUNTY, MO, et al., | ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

Self-represented Plaintiff Adam Lee Janssen filed this 42 U.S.C. § 1983 civil rights action on September 18, 2025; however, Plaintiff neither paid the Court filing fee nor filed a motion to proceed *in forma pauperis*, or without prepayment of fees or costs.  ECF No. 1.  Plaintiff must do one or the other in order for this case to proceed.  *See* E.D. Mo. L.R. 2.01(B)(1) ("The Clerk may refuse to receive and file any pleading or document in any case until the applicable statutory fee is paid, except in cases accompanied by a completed application to proceed in forma pauperis.").  Furthermore, if Plaintiff files a motion to proceed *in forma pauperis*, he must also file a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.  *See* 28 U.S.C. § 1915(a)(2).  Plaintiff's failure to timely pay the filing fee or file a motion to proceed *in forma pauperis* may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank 'Application to Proceed in District Court without Prepaying Fees or Costs' form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a motion to proceed without prepaying fees or costs within **thirty (30) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files a motion to proceed *in forma pauperis*, he must also submit a certified copy of his jail account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this 14th day of October, 2025.

                                          *[signature]*
                                        AUDREY G. FLEISSIG
                                        UNITED STATES DISTRICT JUDGE